# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Minnis,<br><br>        Plaintiff,<br><br>    v.<br><br>Aetna Life Insurance Company; Bank of America Corporation; Bank of America Corporation Long Term Disability Plan,<br><br>        Defendants. | Case No. 2:18-cv-01182-JAS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

**The Clerk of the Court shall enter judgment and close the file in this case**.

Dated this 19th day of March, 2019.

Honorable James A. Soto
United States District Judge